ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
GORDON & REES LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas, Nevada  89169
Telephone:  (702) 577-9300
Facsimile:  (702) 255-2858
Email:  rlarsen@gordonrees.com
            asurur@gordonrees.com

*Attorneys for Monterosso Premier Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| BANK OF AMERICA, N.A., | CASE NO.:   2:15-cv-00693-GMN-VCF |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR MONTEROSSO PREMIER HOMEOWNERS TO RESPOND TO COMPLAINT [Doc. 1]** |
| SFR INVESTMENTS POOL1, LLC; MONTEROSSO PREMIER HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | |
| | **(First Request)** |
| Defendants. | |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Bank of America, N.A. ("Plaintiff"), Defendant Monterosso Premier Homeowners Association ("Monterrosso"), and Defendant SFR Investments Pool1 ("SFR"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1.  Plaintiff filed its complaint on April 16, 2015 [Doc. 1].
2.  Monterrosso was served with process on May 15, 2015 [Doc. 7].
3.  Monterrosso's response is due June 5, 2015. (*See* Doc. 7.)
4.  However, the parties agree that Monterrosso should be afforded an extension of in which to file a response to the complaint.

1    5.   Therefore, Monterrosso's response to the complaint is now due June 19, 2015.

2   DATED: June 4, 2015.                    DATED: June 4, 2015

3   GORDON & REES LLP                       AKERMAN LLP

4   */s/Ashlie Surur*                       */s/ Eric Powers*
    ROBERT S. LARSEN, ESQ.                  DARREN T. BRENNER, ESQ.
5   Nevada Bar No. 7785                     Nevada Bar No. 8386
    ASHLIE L. SURUR, ESQ.                   ERIC S. POWERS, ESQ.
6   Nevada Bar No. 11290                    Nevada Bar No. 12850
    3770 Howard Hughes Parkway, Suite 100   1160 Town Center Drive, Suite 330
7   Las Vegas, Nevada  89169                Las Vegas, NV  89144

8   *Attorneys for Monterosso Premier*      *Attorneys for Plaintiff*
    *Homeowners Association*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  06/08/2015**