DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
ERIC S. POWERS, ESQ.
Nevada Bar No. 12850
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  darren.brenner@akerman.com
          eric.powers@akerman.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>                            Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; MONTEROSSO PREMIER HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>                            Defendants. | Case No.: 2:15-cv-00693 – GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO MOTION TO DISMISS** |

Plaintiff Bank of America, N.A., (**BANA**) and defendant Monterosso Premier Homeowners Association (**Monterosso**) by and through counsel, hereby stipulate that BANA shall have up to and including October 9, 2015 to file its responses to Monterosso's Motion to Dismiss [Dkt. 10]. This stipulation is submitted in good faith without the purpose of undue delay.

It is further stipulated and agreed by the parties that Defendant Monterosso shall have until October 26, 2015 to file any reply brief.

. . .

. . .

. . .

{36317390;1}

1

DATED this 5th day of October, 2015.                DATED this 5th day of October, 2015.

Akerman LLP                                         Gordon & Rees LLP

/s/ *Eric S. Powers*                                /s/ *David T. Gluth*
DARREN T. BRENNER, ESQ.                             ROBERT S. LARSEN, ESQ.
Nevada Bar No. 8386                                 Nevada Bar No. 7785
ERIC S. POWERS , ESQ.                               ASHLIE L. SURUR, ESQ.
Nevada Bar No. 12850                                Nevada Bar No. 11290
1160 Town Center Drive, Suite 330                   DAVID T. GLUTH, ESQ.
Las Vegas, Nevada 89144                             Nevada Bar No. 10596
Telephone:     (702) 634-5000                       3770 Howard Hughes Parkway, Suite 100
Facsimile:     (702) 380-8572                       Las Vegas, Nevada 89169
                                                    Tel. 702-577-9300
*Attorneys for Bank of America, N.A.*               Fax 702-855-2858

                                                    *Attorneys for Monterosso Premier Homeowners Association*

**IT IS SO ORDERED:**

DATED: October 5, 2015

_____
Gloria M. Navarro, Chief Judge
United States District Court

{36317390;1}

2