ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A. | Case No. 2:15-cv-00693-GMN-VCF |
| Plaintiff, | |
| vs. | |
| SFR INVESTMENTS POOL 1, LLC; MONTEROSSO PREMIER HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counter-Claimant, | |
| vs. | |
| BANK OF AMERICA, N.A., a national association; GRACE J. SACHS, an individual, | |
| Counter-Defendant/Cross-Defendant | |

**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST**

Pursuant to Local Rule IA 11-6, Ashlie L. Surur, Esq., respectfully moves the court for an order removing attorney Ashlie L. Surur, Esq. (Nevada Bar No. 11290), email address asurur@lawhjc.com, and araleigh@lawhjc.com from the electronic service list and granting her withdrawal as counsel for Monterosso Premier Homeowners Association. Ms. Surur is no longer with the law firm of Gordon & Rees LLP. By order of the court, Lipson Neilson Cole Seltzer & Garin substituted for Gordon & Rees, LLP as counsel for Monterosso Premier Homeowners Association on April 7, 2016. *See* ECF No. 34. Ms. Surur's withdrawal will not delay these proceedings because Lipson Neilson Cole Seltzer & Garin will remain counsel of record for Monterosso Premier Homeowners Association. Accordingly, there is

1  good cause to justify granting Ms. Surur's withdrawal and removal from the electronic service list in this
2  case.
3       Dated: June 6, 2016.

                                         HALL JAFFE & CLAYTON, LLP

                                         By: */s/ Ashlie Surur*
                                         Ashlie L. Surur, Esq.
                                         Nevada Bar No. 11290
                                         7425 Peak Drive
                                         Las Vegas, Nevada 89128

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:   6-6-2016

# CERTIFICATE OF SERVICE

Pursuant to Administrative Order 10-4, I certify that on June 6, 2016, I served the foregoing **Motion to Remove Attorney from Electronic Service List** through the Court's electronic system on June 6, 2016 to the following:

Donna M. Wittig, Esq.
Darren T. Brenner, Esq.
AKERMAN, LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
darren.brenner@akerman.com
donna.wittag@akerman.com
*Attorneys for Bank of America, N.A.*

Kaleb D. Anderson
Siria L. Gutierrez
Joseph P Garin
Lipson Neilson Cole Seltzer & Garin
9900 Covington Cross Dr.
Suite 120
Las Vegas, NV 89144
NVECF@lipsonneilson.com
sgutierrez@lipsonneilson.com
kanderson@lipsonneilson.com


Diana Cline Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
Attorneys for SFR Investments Pool 1, LLC


           _____*/s/Alexandria Raleigh*_____
           An Employee of HALL JAFFE & CLAYTON, LLP