LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
SIRIA L. GUTIERREZ, ESQ.
Nevada Bar No. 11981
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
kanderson@lipsonneilson.com
sgutierrez@lipsonneilson.com

*Attorneys for Defendant*
*Monterosso Premier Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; MONTEROSSO PREMIER HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.  2:15-cv-00693-GMN-VCF<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS**<br><br>**(First Request)** |

Plaintiff Bank of America, N.A., Defendant Monterosso Premier Homeowners Association ("HOA"), and Defendant SFR Investments Pool 1, LLC, by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the parties jointly request an Order staying all the proceedings in this case until the Ninth Circuit issues the mandate in *Bourne Valley Court Trust v. Wells Fargo Bank,* Case Number 2:13-cv-649-PMP-NJK.

//

//

The parties have good cause for requesting the stay due to the possible effect of resolving the claims or issues in this case before the Ninth Circuit issues the mandate in *Bourne Valley*. The parties' dispostive motion deadline is August 29, 2016, and believe a stay of the matter to be appropriate to conserve judicial resources. The parties have entered into the agreement in good faith and not for purposes of delay.

Dated this 26th day of August, 2016.

AKERMAN, LLP.

By: */s/ Rebekkah Bodoff*
   Darren T. Brenner, Esq.
   Rebekkah Bodoff, Esq.
   1160 Town Center Drive, Suite 330
   Las Vegas, NV 89144
   *Attorneys for Plaintiff Bank of America*

Dated this 26th day of August, 2016.

LIPSON, NEILSON, COLE, SELTZER & GARIN PC

By: */s/ Siria L. Gutierrez*
   Kaleb D. Anderson, Esq.
   Siria L. Gutierrez, Esq.
   9900 Covington Cross Dr., Ste.120
   Las Vegas, Nevada 89144
   *Attorneys for Defendant Monterosso Premier Homeowners Association*

Dated this 26th day of August, 2016.

KIM GILBERT EBRON

By: */s/ Diana Cline Ebron*
   Howard C. Kim, Esq.
   Diana Cline Ebron, Esq.
   Jacqueline A. Gilbert, Esq.
   7625 Dean Martin Drive, Suite 110
   Las Vegas, NV 89139
   *Attorneys for Defendant/Cross-Claimant & Counter-Claimant SFR Investments Pool 1, LLC*

## **ORDER**

IT IS SO ORDERED.

DATED this 29th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE