# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF AMERICA, N.A., | |
| Plaintiff, | |
| vs. | 2:15-cv-00693-GMN-VCF |
| SFR INVESTMENTS POOL 1, LLC, *et al.*, | |
| Defendants. | |

Before the Court are Plaintiff/Counter-Defendant Bank of America, N.A.'s Motion for Protection from the Deposition Notice of Rule 30(b)(6) Witnesses of Plaintiff/Counter-Defendant (ECF No. 38), SFR Investment Pool 1, LLC's Motion to Compel (ECF No. 40), and Plaintiff/Counter-Defendant Bank of America, N.A.'s Motion to Extend Discovery Cutoff and Related Deadlines (ECF No. 41).

This case is currently stayed until the Ninth Circuit issues the mandate in *Bourne Valley Court Trust v. Wells Fargo Bank*, case number 2:13-cv-00649-PMP-NJK.  (ECF No. 44).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff/Counter-Defendant Bank of America, N.A.'s Motion for Protection from the Deposition Notice of Rule 30(b)(6) Witnesses of Plaintiff/Counter-Defendant (ECF No. 38), SFR Investment Pool 1, LLC's Motion to Compel (ECF No. 40), and Plaintiff/Counter-Defendant Bank of America, N.A.'s Motion to Extend Discovery Cutoff and Related Deadlines (ECF No. 41) are DENIED without prejudice.  The parties may re-file their motions after the stay is lifted if the case is still pending.

DATED this 2nd day of September, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE