DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiff/Counter-Defendant
Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL I, LLC; MONTEROSSO PREMIER HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No.: 2:15-cv-00693-GMN-PAL <br><br> **NOTICE OF DISASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter-Claimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A., a national association; GRACE J. SACHS, an individual, <br><br> Counter-Defendant/Cross-Defendants. | |

PLEASE TAKE NOTICE Plaintiff/Counterdefendant Bank of America N.A. hereby provides notice that Brett M Coombs, Esq., is no longer associated with the law firm of Akerman LLP.

42793871;1

Akerman LLP continues to serve as counsel for Bank of America N.A. in this action. All future correspondence and papers in this action should continue to be directed to Darren T. Brenner, Esq., and Donna M. Wittig, Esq. receive all future notices.

Respectfully submitted, this 5th day of September, 2017.

                                    */s/ Donna M. Wittig*
                                    DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
*Attorneys for Plaintiff/Counter-Defendant Bank of America N.A.*

## **COURT APPROVAL**

IT IS SO ORDERED.

Date: September 8, 2017

_____
UNITED STATES MAGISTRATE JUDGE

42793871;1

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2017 pursuant to FRCP 5(b)(2)(E), I caused service of a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION** to be made electronically via the U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system for filing and transmittal to all interested parties.

Howard C. Kim, Esq.
Diana S. Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
**Kim Gilbert Ebron**
7625 Dean Martin Dr., Ste. 110
Las Vegas, Nevada 89139
*Attorney for Defendant SFR Investments Pool 1 LLC*

Kaleb D. Anderson, Esq.
Joseph P Garin, Esq.
Amber M. Williams, Esq.
**Lipson Neilson Cole Seltzer & Garin**
9900 Covington Cross Dr., Ste. 120
Las Vegas, Nevada 89144
*Attorney for Defendant Monterosso Premier Homeowners Association*

Ashlie L. Surur, Esq.
Siria L. Gutierrez, Esq.
**Hall Jaffe Clayton**
7425 Peak Dr.
Las Vegas, Nevada 89128
*Attorney for Defendant Monterosso Premier Homeowners Association*

*/s/ Doug J. Layne*
An employee of AKERMAN LLP

3

42793871;1