DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Plaintiff/Counter-Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL I, LLC; MONTEROSSO PREMIER HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00693-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR THE PARTIES TO RESPOND TO THE OTHER PARTIES' MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 82-84]**<br><br>**[FIRST REQUEST]** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a national association; GRACE J. SACHS, an individual,<br><br>Counter-Defendant/Cross-Defendants. | |

Plaintiff Bank of America, N.A., (**BANA**), defendant SFR Investments Pool 1, LLC (**SFR**), and defendant Monterosso Premier Homeowners Association (**Monterosso**), by and through counsel, hereby stipulate that all parties shall have a one week extension, up to and including, **February 5, 2015**, to file responses to the other parties' motions for summary judgment. [ECF Nos.

43941983;1

82, 83, 84]. The responses are curerntly due on January 29, 2015. This stipulation is submitted in good faith without the purpose of undue delay.

DATED this 26th day of January, 2018.  DATED this 26th day of January, 2018.

**AKERMAN LLP**

*/s/ Scott Lachman*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Bank of America, N.A.*

**LIPSON NEILSON COLE SELTZER & GARIN, P.C.**

*/s/ Amber Williams*
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
AMBER M. WILLIAMS, ESQ.
Nevada Bar No. 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
*Attorneys for Monterosso Premier Homeowners Association*

DATED this 26th day of January, 2018.

**KIM GILBERT EBRON**

*/s/ Diana Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar. No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED:**

DATED: January 29, 2018

Gloria M. Navarro, Chief Judge
U.S. DISTRICT JUDGE

2

43941983;1