DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Plaintiff/Counter-Defendant Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL I, LLC; MONTEROSSO PREMIER HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No.: 2:15-cv-00693-GMN-PAL <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR THE PARTIES TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 82-84]** <br><br> **[FIRST REQUEST]** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter-Claimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A., a national association; GRACE J. SACHS, an individual, <br><br> Counter-Defendant/Cross-Defendants. | |

Plaintiff Bank of America, N.A., (**BANA**), defendant SFR Investments Pool 1, LLC (**SFR**), and defendant Monterosso Premier Homeowners Association (**Monterosso**), by and through counsel, hereby stipulate that all parties shall have a one week extension, up to and including, **February 27, 2018**, to file replies in support of the motions for summary judgment. [ECF Nos. 82,

43941983;2

83, 84]. The responses are currently due on **February 20, 2018**. This stipulation is submitted in good faith without the purpose of undue delay. This stipulation is neccesary as a result of a serious car accident and subsequent wrist surgery to BANA's handling counsel. No previous extensions relating to reply briefs have been requested.

DATED this 19th day of February, 2018.          DATED this 19th day of February, 2018.

**AKERMAN LLP**

*/s/ Scott Lachman*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Bank of America, N.A.*

**LIPSON NEILSON COLE SELTZER & GARIN, P.C.**

*/s/ Amber Williams*
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
AMBER M. WILLIAMS, ESQ.
Nevada Bar No. 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
*Attorneys for Monterosso Premier Homeowners Association*

DATED this 19th day of February, 2018.

**KIM GILBERT EBRON**

*/s/ Diana Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar. No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED:**

DATED: February 21, 2018

Gloria M. Navarro, Chief Judge
U.S. DISTRICT COURT

2

43941983;2